IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JACKIE and BRITNEY IRVING,

    Plaintiffs,

v.                                      CASE NO.: 6:20-cv-1889-Orl-40EJK

USAA GENERAL INDEMNITY
COMPANY,

    Defendant.
_____/

## DEFENDANT USAA GENERAL INDEMNITY COMPANY'S TIME SENSITIVE MOTION FOR PROTECTIVE ORDER AS TO DEPOSITIONS

Defendant/Counter-Plaintiff, USAA General Indemnity Company (hereinafter "USAA"), pursuant to Fed. R. of Civ. Pro. 26(c)(1) and Local Rules 3.01 and 3.04 moves this Court for entry of a protective order regarding five depositions of USAA representatives/employees the Plaintiffs have scheduled for the next couple of weeks. See Deposition Notices attached as Exhibit 1. It is specifically requested the Court order the depositions be canceled at this time. This motion is based on the fact recent discovery demonstrates the Plaintiffs' claim is completely fraudulent and involves acts of arson and insurance fraud by the claimants. USAA has separately filed a Motion for Stay of these proceedings. As outlined in said motion, there is an outstanding Subpoena to the entity Brighthouse/Spectrum/Charter which will definitely determine if this case is in fact completely fraudulent. For reasons set forth in USAA's Motion for Stay of this proceeding, the Court should also grant a protective order pursuant as to the depositions referenced as Exhibit 1. USAA's counsel has asked Plaintiffs' counsel to cancel these

depositions, since once the response to the Brighthouse/Spectrum/Charter Subpoena is received, the parties will have absolute confirmation this case is fraudulent. The USAA representatives who have been set for deposition were involved in this case pre-litigation and have no firsthand knowledge of the information which has been discovered since this case was filed, which demonstrates the claim is fraudulent. It is thereby requested this Court grant a protective order pursuant to Federal Rule of Civil Procedure 26(c)(1) and rule the depositions set for the next several weeks be canceled until the Court has time to further address the issues raised by USAA's Motion for Stay of the Proceedings and the assertion this case is fraudulent. At the very least, it is requested this Court grant a protective order as to the depositions until the Court rules on the Motion for Stay of the Proceedings. Also, USAA requests the right to file a detailed lengthy motion on the issues raised herein, if the Court thinks it needs more information than what is set forth herein and in the Motion to Stay, in order to decide this motion. USAA also requests oral argument if the Court believes such would aid the Court in addressing this motion.

## **MEMORANDUM OF LAW**

Federal Rule of Civil Procedure 26(c)(1) provides for good cause a Court may enter a protective order forbidding discovery to protect a party or person from annoyance, oppression, and undue expense. Going forth with multiple depositions of USAA representatives who were involved in this claim pre-litigation is at this point a clear waste of time, money, and creating an undue burden on USAA. Thus, the Court should grant a protective order in regards to the scheduled depositions until the Court can address the issues raised by USAA's separate Motion for Stay of these Proceedings.

## LOCAL RULE 3.01(g) CERTICATION

Counsel for USAA certifies he has had multiple email communications with Plaintiffs' counsel and a telephone call on February 5, 2021 with Plaintiffs' counsel in a good faith effort to resolve this motion and the related Motion for Stay of Proceedings, but the parties were unable to reach an agreement.

I HEREBY CERTIFY that on February 8, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: David J. Pettinato, Esq., Law Offices of David Pettinato, LLC, 1000 West Cass Street, Tampa, FL 33606 (dpettinato@pettinatolaw.com; admin@pettinatolaw.com).

        s/Chris Ballentine
CHRIS BALLENTINE, ESQ.
Florida Bar No. 434205
JOSEPH L. AMOS, JR., ESQ.
Florida Bar No. 856230
Fisher Rushmer, P.A.
Post Office Box 3753
Orlando, FL  32802-3753
Tel:  407-843-2111 / Fax:  407-422-1080
Primary E-Mail:  cballentine@fisherlawfirm.com
Secondary E-Mail:  dburns@fisherlawfirm.com
Primary E-Mail:  jamos@fisherlawfirm.com
Secondary E-Mail:  askees@fisherlawfirm.com

ATTORNEYS FOR DEFENDANT

L:\CMB\Irving\PLEADING\M for Protective Order as to Depositions 020621.docx